# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GINA DEMARIA individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS STORES – PNS, LLC, a California limited liability company; BIG LOTS F&S LLC, an Ohio limited liability company; BIG LOTS STORES, LLC, an Ohio limited liability company; BIG LOTS MANAGEMENT, LLC, an Ohio limited liability company; PNS STORES, INC., a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00296-KJM-CKD<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER ON JOINT STIPULATION TO STAY DEFENDANTS' OBLIGATION TO FILE ANSWER PENDING DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

For good cause shown, the Parties' Joint Stipulation to Stay Defendants' Obligation to Answer Plaintiff's Complaint Pending Defendants' Motion to Compel Arbitration is **GRANTED AS MODIFIED**.  The deadline for Defendants' Answer to Plaintiff's Complaint is **extended 90 days**.

**IT IS SO ORDERED**

Dated: February 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE