UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GINA DEMARIA individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BIG LOTS STORES – PNS, LLC, a California limited liability company; BIG LOTS F&S LLC, an Ohio limited liability company; BIG LOTS STORES, LLC, an Ohio limited liability company; BIG LOTS MANAGEMENT, LLC, an Ohio limited liability company; PNS STORES, INC., a California Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00296-DJC-CKD<br><br>Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE** |

For good cause shown, the Parties' Joint Stipulation to Continue the Hearing Date is **GRANTED**.  The July 20, 2023 hearing date is VACATED.  The hearing is rescheduled for August 31, 2023, at 1:30 p.m. in Courtroom 10 before District Judge Daniel J. Calabretta.

**IT IS SO ORDERED**

Dated:  July 7, 2023           /s/ Daniel J. Calabretta
                               _____
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE