UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINA DEMARIA,

           Plaintiff,

v.

BIGLOTS STORES – PNS, LLC,

           Defendant.

No. 2:23-cv-00296-DJC-CKD

ORDER

On April 6, 2026, Plaintiff's Attorney, Sarah Cohen, filed a Motion to Withdraw as Attorney of Record.  (ECF No. 39.)  Defendant did not file an opposition which shall be construed as non-opposition to the motion.  *See* E.D. Cal. L.R. 230(c).

Upon review of the Motion, absent opposition by Defendant, the Court finds that the attorney-client relationship has broken down such that it is no longer possible for retained counsel to continue representing Plaintiff in this case.

Consequently, the Court GRANTS Plaintiff's Motion to Withdraw as Attorney of Record.  (ECF No. 39.)

Within thirty (30) days of service of this order, Plaintiff shall retain new counsel and new counsel shall file a notice of appearance in this case consistent with E.D. Cal. L.R. 182(a).  Failure to do so will result in this action being referred to the assigned

1

Magistrate Judge for all further proceedings, including dispositive and nondispositive motions and matters. *See* E.D. Cal. L.R. 302(c)(21).

Outgoing counsel shall serve a copy of this order on Plaintiff Gina DeMaria at their last known address forthwith and shall thereafter file with the court a certificate of service attesting to such service. At such time as service is completed, Attorney Sarah Cohen 's responsibility to represent Plaintiff Gina DeMaria will be terminated.

The hearing scheduled for June 4, 2026, at 1:30 P.M. is VACATED. This matter remains stayed for all other purposes until otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: May 27, 2026     /s/ Daniel J. Calabretta
             THE HONORABLE DANIEL J. CALABRETTA
             UNITED STATES DISTRICT JUDGE