**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

GINA DEMARIA,

Plaintiff,

v.

BIG LOTS STORES–PNS, LLC, ET AL.,

Defendant.

Case No.: 2:23-cv-00296-DJC-CKD

**ORDER REFERRING CASE TO MAGISTRATE JUDGE**

**ORDER**

On May 28, 2026, Plaintiff was granted thirty (30) days after service of its Order to retain counsel and for retained counsel to file a notice of appearance in this action. (ECF No. 40.) On June 9, 2026, Attorney Sarah Cohen attested to such service. (ECF No. 42). To date, Plaintiff has failed to notify the Court of retention of counsel and has not requested additional time to do so. Consequently, this matter is REFERRED to the assigned Magistrate Judge for all further proceedings consistent with E.D. Cal. L.R. 302(c)(21). This case remains stayed pending resolution of bankruptcy proceedings. The parties shall continue to file periodic status reports as previously ordered. (ECF No. 33). All documents hereafter filed with the Clerk of the Court shall bear case number: 2:23-cv-00296-DJC-CKD (PS).

IT IS SO ORDERED.

Dated: August 6, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE